

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Williams, Appellant

No. 06-22-00142-CR     v.

The State of Texas, Appellee

Appeal from the 272nd District Court of Brazos County, Texas (Tr. Ct. No. 19-01071-CRF-272). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Christopher Williams, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 14, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk